# United States District Court

__NORTHERN__ DISTRICT OF __TEXAS__

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
DEC 10 1998
NANCY DOHERTY, CLERK
By_____
Deputy

UNITED STATES OF AMERICA
V.

CHRISTOPHER BARRERA

(Name and Address of Defendant)

## CRIMINAL COMPLAINT

CASE NUMBER: 3:98-MJ-377-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __May 26, 1996__ in __Dallas__ county, in the __Northern__ District of __Texas__ defendant(s) did, (Track Statutory Language of Offense)

unlawfully, knowingly and willfully flee from the state of Texas and move in interstate commerce with the intent to avoid prosecution for the crime of Capital Murder-Multiple Counts, a felony under the laws of the state of Texas.

in violation of Title __18__ United States Code, Section(s) __1073__.

I further state that I am a(n) __Special Agent of the FBI__ and that this complaint is based on the following
                                       Official Title
facts:

SEE ATTACHED AFFIDAVIT INCORPORATED BY REFERENCE AND MADE A PART OF THIS COMPLAINT.

Continued on the attached sheet and made a part hereof: [x] Yes  [ ] No

_____
Signature of Complainant
LAURIE R. GIBBS, Special Agent
FEDERAL BUREAU OF INVESTIGATION

Sworn to before me and subscribed in my presence,

__Dec. 10, 1998 @ 10:10__ at __Dallas, Texas__
Date                                              City and State

Jane J. Boyle
UNITED STATES MAGISTRATE JUDGE
Name & Title of Judicial Officer

_____
Signature of Judicial Officer

## AFFIDAVIT

I, LAURIE R. GIBBS, Affiant, under oath, duly state that I am a Special Agent (SA) of the FEDERAL BUREAU OF INVESTIGATION (FBI) and that the statements set forth in this affidavit are true and correct to the best of my knowledge:

1. That on October 8, 1996, in the case styled the State of Texas vs. CHRISTOPHER BARRERA, arrest warrant number F96-76689-SR, was issued by BILL LONG, District Clerk, Dallas County, Dallas, Texas, for the offense noted in paragraph 2 below.

2. That CHRISTOPHER BARRERA has been charged by indictment by the Dallas County Grand Jury in the July 1996 term, with knowingly, intentionally and unlawfully causing the death of FELIX VALERIO and CLARISOL GUAJARDO, by shooting said VALERIO and GUAJARDO with a firearm, a deadly weapon.

3. That in November, 1998, Affiant personally reviewed the above described documents.

4. That during the months of October and November of 1998, investigation by your Affiant, determined that BARRERA had fled the state of Texas.

5. That this belief is based on information obtained during the course of your Affiant's investigation, that interviews with BARRERA' mother determined that BARRERA, fled the state of Texas to parts unknown. This information was further affirmed through the Dallas Sheriff's Deputy assigned this matter, Susan Rodriguez, who also advised that her interviews with other BARRERA family members indicated BARRERA had fled the state, but that they refused to provide his location.

6. That on December 8, 1998, Assistant Dallas County District Attorney NORMAN KINNE wrote a letter to Assistant United States Attorney (AUSA) LYNN HASTINGS, requesting the assistance of the FEDERAL BUREAU OF INVESTIGATION, under the Unlawful Flight to Avoid Prosecution, Title 18, Section 1073, U.S. Code. Assistant District Attorney NORMAN KINNE further advised that if and when CHRISTOPHER BARRERA is located, KINNE will seek to extradite and prosecute BARRERA.

_____
LAURIE R. GIBBS
Special Agent, FBI
Dallas, Texas

Subscribed and sworn to me this __10__ day of December, 1998.

_____
UNITED STATES MAGISTRATE JUDGE