IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

_____

UNITED STATES OF AMERICA      §
§
v.      §      Criminal No. 3:98-MJ-377
§
CHRISTOPHER BARRERA      §

MOTION TO DISMISS COMPLAINT

The United States of America, by and through the United States Attorney for the

Northern District of Texas, files this its Motion to Dismiss this criminal complaint.

Respectfully submitted,

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

s/ Chad E. Meacham
Chad E. Meacham
Assistant United States Attorney
Texas State Bar No. 00784584
1100 Commerce, Third Floor
Dallas, Texas 75242
Telephone:  214.659.8716
Facsimile:  214.659.8803
chad.meacham@usdoj.gov

**Motion to Dismiss - Single page**