IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

DEC 3 0 2011

CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Criminal No. 3:98-MJ-377 |
| CHRISTOPHER BARRERA | § | |

## ORDER DISMISSING COMPLAINT

On this the 30th day of December, 2011, the foregoing Government's Motion to Dismiss the Complaint having been presented to the Court, is hereby granted, and the complaint is dismissed.

So ordered.

_____
JEFF KAPLAN
U.S. MAGISTRATE JUDGE